UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COUGAR DEN, INC., a Yakama Nation corporation,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>THE WASHINGTON STATE DEPARTMENT OF LICENSING, an agency of the State of Washington<br>　　　　　Defendant. | 1:14-cv-03167-SAB<br><br>**ORDER OF DISMISSAL** |

　　　Plaintiff filed a Federal Rule of Civil Procedure Rule 41(a)(1) Notice of Dismissal. ECF No. 6. Defendant has not filed an answer or a motion for summary judgment on the merits of the case. In accordance with Rule 41(a)(1), the above-captioned case is dismissed without prejudice and without costs to any party.

　　　Accordingly**, IT IS HEREBY ORDERED:**

　　　1. The above-captioned case is **dismissed** without prejudice and without costs to any party.
　　　2. Defendant's Motion to Dismiss for lack of jurisdiction, ECF. No. 5, is **dismissed** as **moot**.

//

**ORDER OF DISMISSAL** ~ 1

1     **IT IS SO ORDERED.** The District Court Executive is hereby directed to
2 file this Order, provide copies to counsel, and **close** the file.
3     **DATED** this 1st day of December, 2014.



                                            Stanley A. Bastian
                                     United States District Judge

**ORDER OF DISMISSAL** ~ 2